**Order entered May 21, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00633-CV

### IN RE RICKEY WAYNE TOLBERT JR., Relator

**Original Proceeding from the 304th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. JD-42441-W**

## ORDER

Based on the Court's opinion of this date, we **DISMISS** the petition for writ of mandamus. We **ORDER** relator to bear the costs of this original proceeding.

/s/     ROBERT M. FILLMORE
JUSTICE